UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAMUEL JONES,

        Plaintiff,                      Case No. 1:19-cv-10916
                                                   Hon. Thomas L. Ludington
v.

REGINA VEASY, ET AL,

        Defendants.
_____/

**ORDER SUMMARILY DISMISSING COMPLAINT**

Samuel Jones filed a pro se complaint on March 28, 2019. Plaintiff did not pay the required filing fee when he filed his complaint, nor did he submit an application to proceed without prepayment of fees and costs or an authorization to withdraw from the trust fund account. The Court issued an Order to Correct Deficiency on April 2, 2019, requiring Plaintiff to either pay the filing fee or submit a properly completed in forma pauperis application and authorization form. The order provided that if Petitioner did not submit the fee or IFP application by May 2, 2019, his case could be dismissed.

While Plaintiff has submitted a second copy of his prisoner trust fund account statement, he has failed to submit the other required documents. The time for submitting them has passed.

Accordingly, it is **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE** for want of prosecution. See Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

    **IT IS SO ORDERED.**

                                                            s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

Dated: May 31, 2019

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon **Samuel Jones** #364868, MARQUETTE BRANCH PRISON, 1960 U.S. HWY 41 SOUTH, MARQUETTE, MI 49855 by first class U.S. mail on May 31, 2019.

                                      s/Kelly Winslow
                                      KELLY WINSLOW, Case Manager